UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 24-CR-328 (ACR) |
| v. : | |
| : | |
| NATHANIEL NOYCE, : | |
| : | |
| Defendant. : | |

**JOINT STATUS REPORT**

On August 6, 2024, the Court ordered the parties to submit a joint status report on or before August 27, 2024. (Minute Entry, August 6, 2024) The parties provide the following updates:

(1) The government provided the transcript of grand jury proceedings in the above referenced case to the defendant's counsel on August 18, 2024.

(2) The defendant has acquired new counsel. The defendant's counsel is Mr. Barry Coburn.

(3) The parties have conferred on a trial date. The defense is unavailable in January or February 2025 based on a trial conflict in the Southern District of New York. The government requests a trial beginning the week of March 3, 10, or 17. The defense requests a start date beginning in late March 2025. The government objects to further delay and is unavailable the week of April 14, 2025. The parties defer to the Court's availability on a trial date during this timeframe.

Respectfully submitted,
MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/ *Eli J. Ross*
Eli J. Ross
Assistant United States Attorney
IL Bar No. 6321411
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 297-1515
Email: Eli.Ross@usdoj.gov

Cc: Barry Coburn (counsel for Defendant)