UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | : | (S4) 23-Cr-490 (SHS) |
UNITED STATES OF AMERICA | : |
| : | NOTICE OF
-v- | : | DEFENDANT NADINE
| : | MENENDEZ'S MOTION
ROBERT MENENDEZ, NADINE MENENDEZ, | : | TO CONTINUE TRIAL
WALE HANA, AND FRED DAIBES, | : |
| : |
Defendants. | : |
| : |
---------------------------------------------------------------x

    Notice is hereby given that Defendant Nadine Menendez, through counsel, respectfully moves for a continuance of her trial, set for January 21, 2025 by Order entered on November 11, 2024 (Dkt. No. 633).  Grounds are set forth in the accompanying memorandum in support of this motion.

    Respectfully submitted,

/s/ Barry Coburn
_____
Barry Coburn, NYS Bar No. 5221338
Coburn & Greenbaum PLLC
1710 Rhode Island Avenue, N.W.
Second Floor
Washington, DC  20036
Tel:  202-643-9472
Fax:  1-866-561-9712
barry@coburngreenbaum.com

Certificate of Service

    I hereby certify that on November 25, 2024, this motion will be served on all counsel of record via this Court's electronic filing system.

/s/ Barry Coburn
_____