UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 24-CR-328 (ACR) |
| v. : | |
| : | |
| NATHANIEL NOYCE, : | |
| : | |
| Defendant. : | |

NOTICE OF RELATED FILING IN ANOTHER COURT

The Defendant respectfully notifies the Court that the attached motion papers (Exhibits 1-9) were filed on November 25, 2024, in the United States District Court for the Southern District of New York.  We provide a copy of this motion to this Court because It references, and may affect, the scheduling of the trial in the instant case.

Undersigned counsel initially filed a copy of the attached papers in this Court on November 25, 2024, but received an ECF error message, apparently because I failed to make it sufficiently clear why I was filing a copy of a submission to the United States District Court for the Southern District of New York in this Court.

Respectfully submitted,

/s/ Barry Coburn
_____
Barry Coburn, DC Bar No. 358020
Coburn, Greenbaum & Eisenstein, PLLC
1710 Rhode Island Avenue, NW, 2nd  Fl.
Washington, DC  20036
202-643-9472
barry@coburngreenbaum.com

<u>Certificate of Service</u>

    I hereby certify that a copy of this Notice will be served on all counsel of record, this 30th day of November, 2024, via this Court's electronic case filing system.

                                        /s/ Barry Coburn
                                        _____