UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

\------------------------------------------------------------x
|  |  : | 23-Cr-490 (SHS) |
UNITED STATES OF AMERICA

-v-

ROBERT MENENDEZ, NADINE MENENDEZ,
WALE HANA, AND FRED DAIBES,

                Defendants.

ORDER

\------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

      Upon consideration of Defendant Nadine Menendez' Motion To Continue Trial, and for good cause shown, IT IS HEREBY ORDERED that said motion is GRANTED. A new trial date shall be selected in due course.

Dated:      New York, New York

                                      SO ORDERED:

                                      _____
                                      Sidney H. Stein, U.S.D.J.